The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Thomas N. Shiomos is affirmed.

458 A.2d 270

Commonwealth v. Walker, Appellant.

Submitted June 16, 1982. William Gleason Barbin, Assistant Public Defender, for appellant; D. Gerard Long, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The judgment of sentence is affirmed.

458 A.2d 271

Commonwealth v. Walker, Appellant.

Submitted September 14, 1981. Joseph Hugh O'Donnell, Jr., submitted a brief on behalf of appellant; Michelle Lehr, Assistant District Attorney, for Commonwealth, appellee.